UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COURTNIE CLEMENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01432-SEB-MJD |
| | ) | |
| STERICYCLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's *Motion for Conditional Certification and for Notice to Potential Plaintiffs*. [Dkt. 29.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 3/15/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Philip J. Gibbons, Jr.
GIBBONS LEGAL GROUP, P.C.
phil@gibbonslegalgroup.com

Robert J. Hunt
GIBBONS LEGAL GROUP, PC

rob@gibbonslegalgroup.com

Danuta Bembenista Panich
OGLETREE, DEAKINS, NASH, SMOAK & STEWART PC (Indianapolis)
donna.panich@ODNSS.com

Michelle R. Maslowski
OGLETREE, DEAKINS, NASH, SMOAK & STEWART PC (Indianapolis)
michelle.maslowski@ogletreedeakins.com