**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **COURTNIE CLEMENS, individually and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | **1:15-CV-1432-SEB-MJD** |
| **v.** | ) ) | |
| **STERICYCLE, INC.,** | ) ) | |
| **Defendant.** | ) ) | |

**ORDER VACATING FAIRNESS HEARING AND APPROVING SETTLEMENT**

After a review of Plaintiff Courtnie Clemens' Motion to Vacate Fairness Hearing and Issue Final Approval of Settlement, Or In the Alternative, Permit Participation Of Out-of-Town Counsel Via Telephone, the Court determines the following:  (1) that Counsel for Clemens notified all opt-in plaintiffs of the terms of the proposed settlement agreement and their right to object; (2) there are no objections to the proposed settlement; (3) the terms of the settlement are fair and reasonable, including the amounts paid to the Plaintiff and the Opt-In Plaintiffs, as well as the fees paid to their attorneys.  Accordingly, the Court hereby issues final approval of the settlement and vacates the Fairness Hearing scheduled for Friday, December 16, 2016 at 10:00 a.m. in Room 216 United States Courthouse, Indianapolis, Indiana.

SO ORDERED.

Date: 12/15/2016

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECF counsel of record